**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

JUDICIAL WATCH, INC.,                       )
                                            )
     Plaintiff,                         )
                                            )
     v.                                 )    Civil Action No.: 17-0729 (RC)
                                            )
U.S. DEPT. OF STATE, *et al.*,              )
                                            )
     Defendants.                        )
_____)

### JOINT STATUS REPORT

The parties jointly submit this status report to apprise the Court of their progress toward resolving this case brought under the Freedom of Information Act, 5 U.S.C. § 552, *et seq.* Plaintiff, Judicial Watch, submitted identical FOIA requests to the State Department and the United States Agency for International Development ("USAID") seeking, *inter alia*, records concerning interactions between the State Department and the Foundation Open Society – Macedonia and its subsidiaries.

Defendants' searches for responsive records are ongoing. They intend to make an initial release by July 20, 2017, and commit to making monthly rolling productions thereafter. Because the searches are not complete, defendants are unable to estimate how many records must be processed, but they will provide that information as soon as possible.

The parties propose to file additional status reports every 60 days informing the Court of their progress and proposing a briefing schedule should they reach an impasse.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
United States Attorney

DANIEL F. VAN HORN,  D.C. Bar No. 924092
Chief, Civil Division

By:       /s/  *Damon Taaffe*
       DAMON TAAFFE, D.C. Bar No. 483874
       Assistant United States Attorney
       555 Fourth Street, N.W.
       Washington, D.C. 20530
       (202) 252-2544
       damon.taaffe@usdoj.gov
       *Attorneys for defendant*

       /s/ *James Peterson*
       JAMES PETERSON, D.C. Bar No. 450171
       Judicial Watch, Inc.
       425 Third Street, S.W., Suite 800
       Washington, D.C. 20024
       (202) 646-5172
       jpeterson@judicialwatch.org
       *Attorney for plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
JUDICIAL WATCH, INC.,                   )
                                        )
         Plaintiff,                     )
                                        )
         v.                             )   Civil Action No.: 17-0729 (RC)
                                        )
U.S. DEPT. OF STATE, *et al.*,          )
                                        )
         Defendants.                    )
_____)

**[PROPOSED] ORDER**

Having considered the Joint Status Report filed by the parties, it is hereby ordered that the

parties shall file a Status Report on or before August 7, 2017, and every 60 days thereafter.


_____                    _____
Date                                     Rudolph Contreras
                                         United States District Judge