UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 17-0729 (RC) |
| U.S. DEPT. OF STATE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

The parties jointly submit this status report to apprise the Court of their progress toward resolving this case brought under the Freedom of Information Act, 5 U.S.C. § 552, *et seq.* Plaintiff, Judicial Watch, submitted identical FOIA requests to the State Department and the United States Agency for International Development ("USAID") seeking, *inter alia*, records concerning interactions between the State Department and the Foundation Open Society – Macedonia and its subsidiaries.

Defendants' searches for responsive records are ongoing. The State Department made its initial release on July 21, 2017, and USAID made its initial release on July 19, 2017. Each plans to make its next release by August 18, 2017.

Per the Court's minute order dated June 8, 2017, the parties will file another status report in 60 days, *i.e.*, by October 6, 2017.

        Respectfully submitted,

        CHANNING D. PHILLIPS, D.C. Bar No. 415793
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division

By:   /s/ *Damon Taaffe*
        DAMON TAAFFE, D.C. Bar No. 483874
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2544
        damon.taaffe@usdoj.gov
        *Attorneys for defendant*

        /s/ *James Peterson*
        JAMES PETERSON, D.C. Bar No. 450171
        Judicial Watch, Inc.
        425 Third Street, S.W., Suite 800
        Washington, D.C. 20024
        (202) 646-5172
        jpeterson@judicialwatch.org
        *Attorney for plaintiff*